# EISENBERG & CARTON

ATTORNEYS AT LAW

405 RXR PLAZA
UNIONDALE, NEW YORK 11556
TELEPHONE (516) 221-3700
FACSIMILE (516) 977-3337

October 27, 2021

**BY ECF**

Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Government Employees Insurance Company, et al.
v. VVX, Inc., Yefim Klikshteyn, et al.
EDNY, Case No. 1:19-cv-06048-RRM-RER

Dear Judge Komitee:

This firm represents Defendants Yefim Klikshteyn and VVX, Inc. (the "VVX Defendants"). This letter is in response to Plaintiffs' letter [Dkt. 50] seeking either a pre-motion conference or a briefing for their proposed motion to enjoin the Defendants from pursuing collection claims "in other forums that are identical to the issues in this action." Although the Court's October 19, 2021 Order [Dkt. 49] states that the VVV Defendants' response to Plaintiffs' latest pre-motion letter is optional, I apologize for not responding sooner.

This case has been pending two years tomorrow. The Court's October 19 Order scheduled jury selection to begin on April 25, 2022, and the trial begin on May 2, 2022. It seems wasteful for Plaintiffs to move for injunctive relief at this late date. Indeed, throughout this case, Plaintiffs (one of the world's largest and wealthiest automobile insurance conglomerates) have attempted to force the VXX Defendants into submission through Plaintiffs' infinitely greater financial resources, which have permitted them litigate this matter with unbridled vigor.

In any event, the VVX Defendants respectfully state that they do not oppose the Court either holding a pre-motion conference or setting a briefing schedule for Plaintiffs' proposed motion. The VVX Defendants believe that any such motion, if interposed, would be denied for essentially same reasons that Plaintiffs now recognize that their proposed motion for summary judgment was ill-conceived (notwithstanding the slightly different legal standard), but reserve their substantive response for such time, if any, that the current proposed motion is made.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

*/s/ Lloyd M. Eisenberg*

Lloyd M. Eisenberg

Hon. Eric R. Komitee
United States District Court
October 27, 2021
Page 2


cc: All Counsel of Record (by ECF)